**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

DEANDRE S. SHORT,

     Petitioner,

v.                                          Case No.  3:14cv386/MCR/EMT

STATE OF FLORIDA,

     Respondent.

_____/

## O R D E R

     This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 29, 2014.  (Doc. 8).  Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

     Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.     This action is **DISMISSED**.

     3.     The clerk shall enter judgment accordingly and close the file.

     **DONE AND ORDERED** this 28th day of January, 2015.


s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**